UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PERAU ET AL,

    Plaintiffs,

v.       Case No: 8:17-cv-550-T-JSS

BARNETT OUTDOORS, LLC ET AL,

    Defendants.
_____

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.** This action came before the Court for a trial by jury on June 10, 2019 through June 11, 2019. The issues have been tried and the jury has rendered its verdict in favor of the Defendant.

Therefore, it is **ORDERED AND ADJUDGED** that: Judgment is entered in favor of Defendants Barnett Outdoors, LLC, and against Plaintiffs Ron Perau and Lisbeth Perau.

Date: June 20, 2019      ELIZABETH M. WARREN, CLERK

    By: Clara Thompson, Deputy Clerk